Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee F/B/O Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Alt-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST 2007-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP LLC, a Nevada limited liability company; LAMPLIGHT ESTATES @ CENTENNIAL SPRINGS HOMEOWNER'S ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-01622-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee F/B/O Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Alt-A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 ("Wilmington Trust"), Defendant Las Vegas Development Group LLC ("LVDG") and

DMWEST #38054778 v1

Defendant Lamplight Estates @ Centennial Springs Homeowner's Association (the "HOA") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 7760 Shire Court, Las Vegas, Nevada 89131, APN 125-15-210-033 (the "Property") following a homeowner's association foreclosure sale conducted on July 13, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061229-0002491 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that all claims between them shall be DISMISSED with prejudice;

4. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

DMWEST #38054778 v1

5. Each party in this case number 2:16-cv-01622-RFB-VCF shall bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED: July 17, 2019 | DATED: July 17, 2019 |
| BALLARD SPAHR LLP | GORDON & REES LLP |
| /s/ Justin A. Shiroff | /s/ Wing Yan Wong |
| Abran E. Vigil | Robert S. Larsen |
| Nevada Bar No. 7548 | Nevada Bar No. 7785 |
| Justin A. Shiroff | Wing Yan Wong |
| Nevada Bar No. 9643 | Nevada Bar No. 13622 |
| 1980 Festival Plaza Drive | 300 South Fourth Street |
| Suite 900 | Suite 1550 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Wilmington Trust, N.A., Successor Trustee to Citibank, N.A., as Trustee F/B/O Holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Alt-A Trust 2007-2, Mortgage Pass-Through Certificates Series 2007-2* | *Attorneys for Defendant Lamplight Estates @ Centennial Springs Homeowner's Association* |

DATED: July 16, 2019

ROGER P. CROTEAU & ASSOCIATES, LTD

/s/ Timothy Rhoda
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Defendant Las Vegas Development Group LLC*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of July, 2019.

3

DMWEST #38054778 v1